IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>NICHOLAS A. CALLAHAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR BEAN & WHITAKER MORTGAGE CORP.,<br><br>Defendant. | Case No. 5:09-cv-00346-HLA-PRL |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Nicholas A. Callahan, hereby gives notice of dismissal of this action without prejudice.

Dated: April 19, 2013

/s/ René S. Roupinian
René S. Roupinian (RSR 3884)
Jack A. Raisner (JR 6171)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Email: rsr@outtengolden.com
Email: jar@outtengolden.com

-and-

R.J. Haughey II
SIVYER BARLOW & WATSON, P.A.
SunTrust Financial Centre
401 E. Jackson Street
Suite 2225
Tampa, FL 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2013 I electronically filed this document with the Clerk by using the CM/ECF system.

_____
JENNY HOXHA